UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GLADYS WILLIAMS** and
**JOHN C. WILLIAMS,**

    **Plaintiffs,**

v.                                    Case No. 8:10-cv-699-T-30TBM

**HOWMEDICA OSTEONICS CORP.**
**d/b/a STRYKER ORTHOPAEDICS,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court has been advised by defense counsel Sarah A. Long that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-699.dismissal.wpd